**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 10-10426 NG** |
| | ) | |
| **STUART H. SOJCHER,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ASSENTED -TO MOTION FOR ORDER OF EXCLUDABLE DELAY**
**PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney Sarah E. Walters, with the assent of the defendant, moves for an order designating the period from December 17, 2010, through and including January 27, 2011, as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), on the ground that the ends of justice served by granting the requested continuance of the time outweigh the best interests of the public and the defendant in a speedy trial. The government further asks this Court to issue the attached proposed Order of Excludable Delay. In support of this request, the government states as follows:

The defendant appeared for his initial appearance and arraignment in this matter on December 17, 2010.

The government asks the Court to enter an order excluding from the speedy trial computation the period from the date of the defendant's initial appearance through and including the date of the initial status conference, as set forth in the attached proposed order. As the defendant agrees, this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," as it will allow the parties time to develop their respective discovery

plans, produce and review discovery in this case, and investigate the evidence. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

Date: December 20, 2010

By: */s/ Sarah E. Walters*
Sarah E. Walters
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent via e-mail to counsel for Defendant, William Cintolo, who assents to this Motion and represents the Defendant, but who has not yet filed an appearance and therefore will not receive a Notice of Electronic Filing (NEF).

Date: December 20, 2010

*/s/ Sarah E. Walters*
Sarah E. Walters
Assistant United States Attorney