UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No.: 10-10426-NG |
| STUART H. SOJCHER, Defendant | ) | |

**ASSENTED-TO MOTION TO CONTINUE**

The Defendant, Stuart H. Sojcher ("Sojcher"), by and through his counsel, requests a continuance of the status conference date from January 27, 2011 to February 7, 2011 or any date thereafter which is convenient for the Court. As grounds therefore, defense counsel, who recently was appointed to represent Sojcher, has a scheduling conflict on January 27, 2011.

Respectfully submitted,
STUART H. SOJCHER
By his attorney,

*/s/ Valerie S. Carter*

Valerie S. Carter (BBO # 545412)
Carter & Doyle
Lexington Office Park
430 Bedford Street, Suite 195
Lexington, MA 02420
781-861-0064
781-861-0065 (fax)
vcarter@carterdoyle.com

Dated: January 24, 2011